UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | Cr. No. 13-07076-JCB |
| v. ) | |
| ) | |
| JUNIOR LOPES ) | |
| ) | |

MOTION TO DISMISS COMPLAINT

Now comes the defendant in the above captioned case and pursuant to F.R.Cr.P 12(b)(3)(A), respectfully moves to dismiss the Complaint against him for violation of 21 USC 846 for the reason that the government's evidence at his probable cause hearing held March 12, 2013 was insufficient in that it lacked sufficient factual evidence to justify a finding of probable cause that subject of the alleged sale and distribution activity charged against the defendant was the controlled substance heroin.


Dated:  March 22, 2013            /s/ Edward J. Lee
                                  /s/ Edward J. Lee

CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the requested participants as identified on the Notice of Electronic Filing and a paper copy will be sent to those indicated as non-registered participants on March 22, 2013.

Dated March 22, 2013


/s/ Edward J. Lee