

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 13cr10111 |
| | ) | |
| v. | ) | |
| | ) | |
| 1.   FRANCISCO MONTEIRO, | ) | |
|      a/k/a "Cisco," | ) | |
| 2.   MANUEL LOPES, | ) | |
|      a/k/a "Junior," and | ) | |
| 3.   HARRY PARSONS, | ) | |
|      Defendants | | |

GOVERNMENT'S MOTION TO SEAL
INDICTMENT

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States has filed in this matter.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: _____
EMILY CUMMINGS
Assistant U.S. Attorney

Date: April 17, 2013

*[handwritten in left margin: April 17, 2013. Allowed. Marianne B. Bowler, USMJ]*