AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

FILED
2013 APR 26 P 1:25

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 13cr10111 DJC |
| HARRY PARSONS | ) | JCB |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **HARRY PARSONS**, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute One Kilogram or More of Heroin;
21 USC 841(a)(1) - Distribution of Heroin

Date: April 17, 2013

City and state: Boston, Massachusetts

Marianne B. Bowler, USMJ
*Issuing officer's signature*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

EXECUTED BY DEA
ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 4/22/2013

_____
*Arresting officer's signature*

_____
*Printed name and title*